NATIONAL BUS TRAFFIC ASSOCIATION, INC., ET AL. *v.* UNITED STATES ET AL.

No. 635. Decided January 17, 1966.

*Robert J. Bernard, Drew L. Carraway, John S. Fessenden* and *Richard R. Sigmon* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

GREAT COASTAL EXPRESS, INC., ET AL. *v.* UNITED STATES ET AL.

No. 677. Decided January 17, 1966.

*John C. Bradley* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Jerry Z. Pruzansky* and *Robert W. Ginnane* for the United States et al. *Francis W. McInerny* for Turner's Express, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.